# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Damien Blaine Sanders,
#116086

vs

(Full name of defendant(s))

#1 (Sgt./C.O.) A. Shaw
#2 I.D.O.C.

**FILED**
09/16/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:22-cv-01838-SEB-TAB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __4490 W. Reformatory Road, Pendleton, IN 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __(Sgt./C.O.) A. Shaw__
   ☒ Individual capacity   ☒ Offical Capacity   (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___N/A___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for ___I.D.O.C./I.S.R. - 4490 W Reformatory Rd Pendleton, IN 46064___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 1-22-21 at approx 7:57(PM) in (H-C-H) H-Cell House Cell 9-5B Sgt. Shaw violated my constitutional rights by applying/using EXCESSIVE FORCE against/on me, using a dangerous weapon. Sgt. Shaw assaulted me with a powerful fire hose, while I was locked in my cell & unable to defend myself from the assault. This is a CLEAR VIOLATION of prison Policy & Procedure & an absolute ABUSE of Power! After the assault I was denied medical attention for my physical injurys, (face & chest were brused & it was hard to breath for weeks) & placed in Restrictive Housing Unit

Without due process & in retaliation. Hiding me & my injurys from other offenders, staff, & medical staff. I suffered physical injuries & also mental anguish due to the assault & unfair treatment. I was given a conduct report by Sgt. Shaw trying to cover up his actions, but after proper investigation it was determined that I did nothing wrong & Sgt. Shaw lied & provided a false statement (the conduct report) which was dismissed. I was subjected to inhumane conditions of confinement while healing & trying to clear my name on these false assault charges. I was forced in a cell covered in mase & never given a decontamination shower, in my boxers, Mase covered T-shirt & Covid 19 Mask. The cell floor & walls where cover in feces, urine, & blood. And I was given nothing to clean it with. I used my Covid 19 Mask to clean the cell to the best of my ability with a small bar of soap given to me by a detail worker. No hygene, No shower, No tablet, No Recreation, No phone calls, No cup or spoon & No medical treatment. - Excessive Force, Cruel & Unusal Punishment, unfair treatment & equal protection. Clear Violations of my First (1st), Eighth (8th), & Fourteenth (14th) Amendment Rights & deliberat indifference to my health & safety. Used force with a willingness that harm occured without remorese & clear recklessness. Sgt. Shaw & other prison officals consciously disregaurded all substantial risk of serious harm.

D-6 (revised 4/20/2022)                Complaint - 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

INjunctive relief, policy change & compensation. Money damages for actual damages, & punitive damages for Psychological pain & suffering & Physical pain & suffering

I'm asking for $650,000.00 ($Six Hundred & fifty Thousand dollars CASH) AFTER ALL FEES & Court Cost.

This situation has inflicted daily, & permanent damages, Physically & mentally. Which is unconstitutional & a form of torture.

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial - I want a judge to hear my case

Dated this 29th day of August 20 22.

Respectfully Submitted,

_(signature)_
Signature of Plaintiff

#116096
Plaintiff's Prisoner ID Number

4490 W Reformatory Road
Pendleton, IN 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**
Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_(signature)_ Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.